**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1446NI

_____

| | |
|---|---|
| John E. Coonley, As Trustee of the James E. Coonley II Trust; ABCM Corporation, | * <br> * <br> * |
| | *    Appeal from the United States |
| Appellants, | *    District Court for the Northern |
| | *    District of Iowa. |
| v. | * |
| | *       [PUBLISHED] |
| Fortis Benefits Insurance Company, | * |
| | * |
| Appellee. | * |

_____

Submitted: October 22, 1997
Filed: October 30, 1997

_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John E. Coonley, as Trustee of the James E. Coonley II Trust, and ABCM Corporation appeal an adverse grant of summary judgment on their claim that James E. Coonley II was an insured employee under a group life insurance policy governed by the Employment Retirement Income Security Act of 1974. See Coonley v. Fortis Benefits Ins. Co., 956 F. Supp. 841 (N.D. Ia. 1997). Having reviewed the record and the parties' submissions, we conclude that an extensive discussion is not warranted. The district court has written a comprehensive opinion addressing the issues raised by

the parties, and we have nothing to add to the district court's analysis. We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's memorandum opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.